THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HERBERT LEWIS, Appellant.

Submitted January 3, 1944; decided January 6, 1944.

Motion for reargument denied. (See 291 N. Y. 731.)